UNITED STATES BANKRUPTCY COURT
NORTHERN ILLINOIS   DISTRICT OF   ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HARDNICK, LAURA L | § | Case No. 08-06184 SPS |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT

 219 S. Dearborn Street, Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 3/2/10 in Courtroom 642, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: 01/26/2010            By: CLERK OF THE U.S. BANKRUPTCY
                            COURT


*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN ILLINOIS **DISTRICT OF** ILLINOIS

In re: §
§
§
HARDNICK, LAURA L   §   Case No. 08-06184 SPS
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 75,000.40 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 75,000.40 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: CATHERINE STEEGE | $ 3,375.06 | $ 0.00 |
| Attorney for trustee: JENNER & BLOCK LLP | $ 2,296.50 | $ 82.28 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* | | $ | $ |
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,513.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 116.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | ComEd Company | $ 234.19 | $ 272.21 |
| 000002 | Asset Acceptance LLC/Assignee New York & Company | $ 216.36 | $ 251.48 |
| 000003 | LVNV Funding LLC | $ 690.01 | $ 802.03 |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 19,372.73 | $ 22,517.93 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 45,402.91 .

      Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 08-06184    Doc 52    Filed 01/29/10    Entered 01/31/10 23:24:05    Desc Imaged
                          Certificate of Service    Page 6 of 6

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola              Page 1 of 1         Date Rcvd: Jan 29, 2010
Case: 08-06184                Form ID: pdf006            Total Noticed: 27

The following entities were noticed by first class mail on Jan 31, 2010.
db           +Laura L Hardnick,    3248 W. 19th St.,    Chicago, IL 60623-2620
aty          +Alexander Tynkov,    Zalutsky & Pinski, Ltd,    20 N Clark St,    Suite 600,
               Chicago, IL 60602-4184
aty          +Catherine L Steege, ESQ,     Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-4704
aty          +Thomas Twomey,    Zalutsky & Pinski Ltd,    20 N Clark St.,    Suite 600,    Chicago, IL 60602-4184
tr           +Catherine L. Steege, ESQ,     Jenner & Block,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
12050558      AT T,    West Asset Management,    Attn: Bankruptcy,    Po Box 105478,    Atlanta, GA 30348
14155673     +Asset Acceptance LLC/Assignee New York & Company,     PO Box 2036,    Warren MI 48090-2036
12050559     +Bank of America,    Attn: Bankruptcy NC4-105-02-99,    Po Box 26012,    Greensboro, NC 27420-6012
12050560     +Childrens Place,    Attn.:   Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12050561     +City of Chicago / Parking Tickets,    Department of Revenue,    121 N. Lasalle St. Rm 107A,
               Chicago, IL 60602-1288
14497582      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK 73124-8809
12050563      FIA Card Services FKA MBNA America,    Blatt, Hassenmiller, Leibsker,Moore,
               125 S. Wacker Dr., 4th Fl., Ste.400,    Chicago, IL 60606-4440
12050564     +G M A C,    Po Box 130424,    Roseville, MN 55113-0004
12050567     +Gmac,    Po Box 130424,    Roseville, MN 55113-0004
12050568     +HSBC,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
12050569     +Lb Retail,    450 Winks Lane,    Bensalem, PA 19020-5932
12050570     +New York Company World Finan,    Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
12050571     +Northland Group,    7831 Glevroy Rd., Ste. 350,    Edina, MN 55439-3133
12050572     +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
12050574     +Target,    Po Box 9475,    Minneapolis, MN 55440-9475
12050575     +WFNNB / Lane Bryant,    Po Box 182125,    Columbus, OH 43218-2125
12050576     +WFNNB / New York & Company,    Po Box 182125,    Columbus, OH 43218-2125
The following entities were noticed by electronic transmission on Jan 29, 2010.
12050562     +E-mail/Text: legalcollections@comed.com                            ComEd,
               Attn: Bankruptcy Section,    2100 Swift Drive,    Oak Brook, IL 60523-1559
12088858     +E-mail/Text: legalcollections@comed.com                            ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
12050565     +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2010 00:12:03     GEMB / Old Navy,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
12050566     +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2010 00:12:03     GEMB / Walmart,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14291411      E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12050573      Stacy Hardnick,   unknown
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2010**                                         **Signature:** _/s/ Joseph Speetjens_