UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HARDNICK, LAURA L § Case No. 08-06184
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/CATHERINE STEEGE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LAURA L HARDNICK |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC/ASSIGNEE NEW Y | | | | | |
| COMED COMPANY | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| LVNV FUNDING LLC | | | | | |
| ASSET ACCEPTANCE LLC/ASSIGNEE NEW Y | | | | | |
| COMED COMPANY | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| LVNV FUNDING LLC | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-06184   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | HARDNICK, LAURA L | Date Filed (f) or Converted (c): | 03/14/08 (f) |
|  |  | 341(a) Meeting Date: | 04/16/08 |
| For Period Ending: | 07/20/10 | Claims Bar Date: | 10/06/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Checking with Charter One | 112.00 | 0.00 |  | 0.00 | FA | 0.00 | 112.00 |
| 2. 5 rooms of furniture and household goods with stan | 1,200.00 | 0.00 |  | 0.00 | FA | 0.00 | 1,200.00 |
| 3. personal clothing | 350.00 | 0.00 |  | 0.00 | FA | 0.00 | 350.00 |
| 4. PrimeAmerica Life Insurance - term life | 0.00 | 0.00 |  | 0.00 | FA | 0.00 | 0.00 |
| 5. Wal Mart | 240.00 | 0.00 |  | 0.00 | FA | 0.00 | 240.00 |
| 6. Laura Hardnick vs. Mount Sanai Hospital Wrongful Death | 0.00 | 50,000.00 |  | 0.00 | FA | 0.00 | 15,000.00 |
| 7. Laura Hardnick vs. Lawndale Christian Health Wrongful Death | 0.00 | 50,000.00 |  | 75,000.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 7.59 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $1,902.00 | $100,000.00 |  | $75,007.59 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $16,902.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A hearing on the fee applications and any objection to the Final Report is set for 3/2/10 at 10:30 a.m.

Debtor tried wrongful death case in December.  Waiting for court ruling.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-06184   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: CATHERINE STEEGE |
| Case Name: | HARDNICK, LAURA L | Date Filed (f) or Converted (c): 03/14/08 (f) |
| | | 341(a) Meeting Date: 04/16/08 |
| | | Claims Bar Date: 10/06/09 |

\* Amount recovered was $3 million; per 12/15/09 Order $75,000 turned over to the estate.

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-06184 -SPS | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | HARDNICK, LAURA L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5867 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1673 | | | |
| For Period Ending: | 07/20/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/22/09 | 7 | Donald T. Bertucci, Ltd. Attorneys At Law 30 West Monroe Street, Suite 710 Chicago, IL 60603 | Amount recovered was $3 million; per 12/15/09 Order $75,000 turned over to the estate. | 1149-000 | 75,000.00 | | 75,000.00 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 0.40 | | 75,000.40 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.18 | | 75,003.58 |
| 02/08/10 | | Transfer to Acct #*******5883 | Bank Funds Transfer | 9999-000 | | 60.06 | 74,943.52 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.88 | | 74,946.40 |
| 03/12/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.13 | | 74,947.53 |
| 03/12/10 | | Transfer to Acct #*******5883 | Final Posting Transfer | 9999-000 | | 74,947.53 | 0.00 |

Page Subtotals  75,007.59  75,007.59

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 08-06184 -SPS | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- |
| Case Name: | HARDNICK, LAURA L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5867 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1673 | | |
| For Period Ending: | 07/20/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 75,007.59 | 75,007.59 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 75,007.59 | |
| | | | Subtotal | | 75,007.59 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 75,007.59 | 0.00 | |

Page Subtotals       0.00       0.00

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2      Page: 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD      Exhibit 9

| Case No: | 08-06184 -SPS | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | HARDNICK, LAURA L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5883 BofA - Checking Account |
| Taxpayer ID No: | *******1673 | | |
| For Period Ending: | 07/20/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | | Transfer from Acct #*******5867 | Bank Funds Transfer | 9999-000 | 60.06 | | 60.06 |
| 02/08/10 | 003001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | 60.06 | 0.00 |
| 03/12/10 | | Transfer from Acct #*******5867 | Transfer In From MMA Account | 9999-000 | 74,947.53 | | 74,947.53 |
| 03/12/10 | 003002 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | | | | 2,378.78 | 72,568.75 |
| | | | Fees      2,296.50 | 3110-000 | | | 72,568.75 |
| | | | Expenses      82.28 | 3120-000 | | | 72,568.75 |
| 03/12/10 | 003003 | Catherine Steege, Trustee<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456 | Final Distribution | 2100-000 | | 3,375.06 | 69,193.69 |
| 03/12/10 | 003004 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523 | Final Distribution | | | 272.21 | 68,921.48 |
| | | | Claim      234.19 | 7100-000 | | | 68,921.48 |
| | | | Interest      38.02 | 7990-000 | | | 68,921.48 |

Page Subtotals      75,007.59      6,086.11

Ver: 15.10b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-06184 -SPS | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | HARDNICK, LAURA L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5883 BofA - Checking Account |
| Taxpayer ID No: | *******1673 | | | |
| For Period Ending: | 07/20/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/12/10 | 003005 | Asset Acceptance LLC/Assignee New York & Company<br>PO Box 2036<br>Warren MI 48090 | Final Distribution | | | 251.48 | 68,670.00 |
| | | | Claim         216.36 | 7100-000 | | | 68,670.00 |
| | | | Interest       35.12 | 7990-000 | | | 68,670.00 |
| 03/12/10 | 003006 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final Distribution | | | 802.03 | 67,867.97 |
| | | | Claim         690.01 | 7100-000 | | | 67,867.97 |
| | | | Interest      112.02 | 7990-000 | | | 67,867.97 |
| 03/12/10 | 003007 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Distribution | | | 22,517.93 | 45,350.04 |
| | | | Claim       19,372.73 | 7100-000 | | | 45,350.04 |
| | | | Interest     3,145.20 | 7990-000 | | | 45,350.04 |
| 03/12/10 | 003008 | LAURA L HARDNICK<br>3248 W. 19TH ST.<br>CHICAGO, IL 60623 | Final Distribution | 8200-002 | | 45,350.04 | 0.00 |

Page Subtotals       0.00       68,921.48

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-06184 -SPS | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | HARDNICK, LAURA L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5883 BofA - Checking Account |
| Taxpayer ID No: | *******1673 | | | |
| For Period Ending: | 07/20/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 75,007.59 | 75,007.59 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 75,007.59 | 0.00 | |
| | | | Subtotal | | 0.00 | 75,007.59 | |
| | | | Less: Payments to Debtors | | | 45,350.04 | |
| | | | Net | | 0.00 | 29,657.55 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********5867 | 75,007.59 | 0.00 | 0.00 |
| BofA - Checking Account - ********5883 | 0.00 | 29,657.55 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 75,007.59 | 29,657.55 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 15.10b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*